**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| STEVEN ANTHONY PEREZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:15-cv-01888-SAB<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **June 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

-1-